UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:08CR549 CDP |
| ) | |
| JESSE DAVIS, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

**IT IS HEREBY ORDERED** that the defendant's motion for leave to file his motion to continue under seal [#75] is granted.

**IT IS FURTHER ORDERED** that the defendant's motion to continue [#76] is granted and the sentencing as to defendant **Jesse Davis** is reset to **Friday, February 20, 2009 at 1:30 p.m.** in Courtroom 14-South.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 3rd day of February, 2009.